UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARK TOIGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-04243-NKL |
| | ) |
| DEPARTMENT OF HEALTH AND | ) |
| SENIOR SERVICES, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Pursuant to § 1988 to the Civil Rights Attorney's Fees Award Act (42 U.S.C. § 1988) and Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Mark Toigo moves this Court to award reasonable fees and costs to him for the services of Green Leaf Legal in amount of $48,577.50. By Order [Doc. 39] and Judgment [Doc. 40] dated November 15, 2021, this Court found that Plaintiff was the prevailing party in this action and, as such, Plaintiff is entitled to an award of fees and costs. The amount requested reflects 114.3 hours of service by Benjamin Stelter-Embry at an hourly rate of $425. In addition, Plaintiff seeks an award of $551.35, reflecting the costs of this action. [*See* Doc. 41, Plaintiff's Bill of Costs].

In support of this motion, there is attached hereto a Memorandum of Support together with an affidavit of counsel and an itemized statement of services rendered and of the time expended in connection therewith.

WHEREFORE, Plaintiff respectfully requests this Court to award him attorney's fees and costs in the amount of $48,577.50 in this matter and to order payment of that amount by Defendants.

*Respectfully submitted,*

**GREEN LEAF LEGAL KC, LLC**

*/s/ Benjamin Stelter-Embry*
Benjamin Stelter-Embry	MO #  65404
4001 W. 114th St., Suite 110
Leawood, Kansas 66211
P: (816) 421-5100 | F: (816) 421-5105
Email: ben@greenleaflegalkc.com

**Attorney for Mark Toigo**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of November, 2021, the foregoing was served via the Court's eFiling system to the following:

Emily Dodge
Assistant Attorney General
P.O. Box 899
Jefferson City, Missouri 65102-0899
P: (573) 751-7344 | F: (573) 751-9456
Email: emily.dodge@ago.mo.gov

**Attorney for Defendants**

/s/ Ben Stelter-Embry
**Attorney for Plaintiff**